UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN Z. DUNLAP,

        Plaintiff,

    v.

KENTUCKY FRIED CHICKEN,

        Defendant.

Case No.  25-cv-08647-TSH

**ORDER DISMISSING CASE**

Plaintiff Jevarien Dunlap has made no appearance in this case since October 14, 2025, and mail sent to him has been returned as undeliverable.  *See* ECF Nos. 11 (mail returned as undeliverable 11/12/2025), 13 (mail returned as undeliverable 12/5/2025).

Civil Local Rule 3-11(a) provides that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address."  The Court may dismiss a complaint without prejudice when "(1) [m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) [t]he Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address."  Civ. L.R. 3-11(b).  Here, Plaintiff has made no appearance since October 14, 2015, and it has been over 60 days since mail was returned as undeliverable.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.[1]

    **IT IS SO ORDERED.**

Dated: January 20, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF Nos. 6, 19.